# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 18, 2026
Lyle W. Cayce
Clerk

No. 22-60566

GABRIEL OLIVIER,

*Plaintiff—Appellant*,

*versus*

CITY OF BRANDON, MISSISSIPPI; WILLIAM A. THOMPSON, *individually and in his official capacity as Chief of Police for Brandon Police Department*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:21-CV-636

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

Before WIENER, GRAVES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

This case is before us on remand from the Supreme Court. The Supreme Court reversed the judgment of this court and held that *Heck v. Humphrey*, 512 U.S. 477 (1994), does not bar Olivier's suit, which seeks purely prospective relief, notwithstanding his prior conviction for violating the challenged ordinance. *Olivier v. City of Brandon, Miss.*, 607 U.S. ----, 146

S. Ct. 916, 926 (2026). Accordingly, we REMAND this case to the district court for further proceedings consistent with the Supreme Court's opinion.